1  Jennifer K. Achtert, State Bar No. 197263
   FISHER & PHILLIPS LLP
2  One Embarcadero Center, Suite 2340
   San Francisco, California 94111
3  Telephone:  (415) 490-9000
   Facsimile:   (415) 490-9001
4
   Attorneys for Defendants
5  SILVER OAK MANAGEMENT CORP.;
   WALTER C. PLUNKETT; ROBIN D. PLUNKETT
6

7

8

9            IN THE UNITED STATES DISTRICT COURT

10        FOR THE EASTERN DISTRICT OF CALIFORNIA

11  ROBERT DODSON,                    CASE NO. 2:11-CV-03107-JAM-JFM

12          Plaintiff,
                                      **JOINT AND AGREED UPON**
13  vs.                               **STIPULATION FOR EXTENSION OF**
                                      **TIME FOR DEFENDANTS SILVER OAK**
14  SILVER OAK MANAGEMENT CORP.       **MANAGEMENT CORP., WALTER C.**
    dba TACO BELL #18675; WALTER C.   **PLUNKETT, AND ROBIN D. PLUNKETT,**
15  PLUNKETT, TRUSTEE of the PLUNKETT  **TO ANSWER OR OTHERWISE RESPOND**
    REVOCABLE TRUST, DATED MARCH      **TO COMPLAINT;  ORDER**
16  14, 1992; ROBIN D. PLUNKETT,
    TRUSTEE of the PLUNKETT
17  REVOCABLE TRUST, DATED            Complaint Filed:  November 22, 2011
    MARCH 14, 1992,                   Trial Date: TBD
18
            Defendants.
19

20        Defendants, Silver Oak Management Corp., Walter C. Plunkett and Robin D. Plunkett

21  ("Defendants"), and Plaintiff, Robert Dodson ("Plaintiff"), submit their joint and agreed upon

22  stipulation to provide Defendants with an extension of time of twenty (20) days, until January

23  11, 2012, to submit their answer or other responsive pleading to Plaintiff's Complaint, and in

24  support of this Stipulation state as follows:

25        1.      On November 22, 2011, Plaintiff filed his Complaint in this matter which

26  contains claims arising under Title III of the Americans With Disabilities Act and California

27  Law.

28  ///

_JOINT AND AGREED UPON STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS_
_TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; PROPOSED ORDER_

2.      On or about December 1, 2011, Defendants were served with a copy of the Complaint and summons.  Defendants have until approximately December 22, 2011, to file their answer or other responsive pleading to the Complaint.

3.      Defendants are currently investigating this matter and the requested extension will provide Defendants with an opportunity to complete their investigation and further explore the possibility of an early settlement.

4.      This stipulation is not being submitted for the purpose of undue delay or for any improper purpose and, again, will provide the parties an opportunity to explore the possibility of an early settlement.  In addition, this stipulation will not impact any existing scheduling dates.

WHEREFORE, Plaintiff, Robert Dodson, and Defendants, Silver Oak Management Corp., Walter C. Plunkett and Robin D. Plunkett, respectfully submit their stipulation providing Defendants with an extension of time until January 11, 2012, to submit their answer or other responsive pleading to Plaintiff's Complaint.

Date:  December  21, 2011

By: /s/ Lynn Hubbard, III (as authorized 12/21/2011)
    Lynn Hubbard, III (SBN 69773)
    Scott Lynn Hubbard, IV (SBN 212970)
    Disabled Advocacy Group, APLC
    12 Williamsburg Lane
    Chico, CA  95926

    Telephone:  (530) 895-3252
    Facsimile:  (530) 894-8244

    Attorneys for Plaintiff,
    ROBERT DODSON

By: /s/ Jennifer K. Achtert
    Jennifer K. Achtert (SBN 197263)
    FISHER & PHILLIPS LLP
    One Embarcadero Center
    Suite 2340
    San Francisco, California 94111-3712

    Telephone:  (415) 490-9000
    Facsimile:  (415) 490-9001

    Attorneys for Defendants,
    SILVER OAK MANAGEMENT
    CORP.; WALTER C. PLUNKETT;
    ROBIN D. PLUNKETT

PDF created with pdfFactory trial version www.pdffactory.com

1

<u>**ORDER**</u>

2

This matter having come before the Court on the parties' **JOINT AND AGREED**

3

**UPON STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO**

4

**ANSWER OR OTHERWISE RESPOND TO COMPLAINT**, Defendants shall have until

5

January 11, 2012, to submit its answer or other responsive pleading to Plaintiff's Complaint.

6

7

IT IS SO ORDERED:

8

Dated:   12/22/2011                                    /s/ John A. Mendez_____

Hon. John A. Mendez

9

UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

JOINT AND AGREED UPON STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; PROPOSED ORDER

San Francisco 178350.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2011, and pursuant to the General Order on Electronic Filing of the Eastern District of California, I electronically filed the foregoing **JOINT AND AGREED UPON STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; PROPOSED ORDER** with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to the following:

Lynn Hubbard, III                             Attorneys for Plaintiff
ScottLynn J. Hubbard, IV                  Robert Dodson
Disabled Advocacy Group, APLC
12 Williamsburg Lane
Chico, CA 95926


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 22, 2011, at San Francisco, California.


/s/ Carol S. Ferrari_____
Carol S. Ferrari

PDF created with pdfFactory trial version www.pdffactory.com