Jennifer K. Achtert, State Bar No. 197263
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2340
San Francisco, California 94111
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Attorneys for Defendants
SILVER OAK MANAGEMENT CORP.;
WALTER C. PLUNKETT; ROBIN D. PLUNKETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ROBERT DODSON, | CASE NO. 2:11-CV-03107-JAM-JFM |
|---|---|
| Plaintiff, | |
| vs. | **JOINT AND AGREED UPON STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS SILVER OAK MANAGEMENT CORP., WALTER C. PLUNKETT, AND ROBIN D. PLUNKETT, TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT;  ORDER** |
| SILVER OAK MANAGEMENT CORP. dba TACO BELL #18675; WALTER C. PLUNKETT, TRUSTEE of the PLUNKETT REVOCABLE TRUST, DATED MARCH 14, 1992; ROBIN D. PLUNKETT, TRUSTEE of the PLUNKETT REVOCABLE TRUST, DATED MARCH 14, 1992, | |
| | Complaint Filed:  November 22, 2011
Trial Date: TBD |
| Defendants. | |

Defendants, Silver Oak Management Corp., Walter C. Plunkett and Robin D. Plunkett ("Defendants"), and Plaintiff, Robert Dodson ("Plaintiff"), submit their joint and agreed upon stipulation to provide Defendants with an extension of time of twenty (20) days, until January 11, 2012, to submit their answer or other responsive pleading to Plaintiff's Complaint, and in support of this Stipulation state as follows:

1.     On November 22, 2011, Plaintiff filed his Complaint in this matter which contains claims arising under Title III of the Americans With Disabilities Act and California Law.

///

PDF created with pdfFactory trial version www.pdffactory.com

2. On or about December 1, 2011, Defendants were served with a copy of the Complaint and summons. Defendants have until approximately December 22, 2011, to file their answer or other responsive pleading to the Complaint.

3. Defendants are currently investigating this matter and the requested extension will provide Defendants with an opportunity to complete their investigation and further explore the possibility of an early settlement.

4. This stipulation is not being submitted for the purpose of undue delay or for any improper purpose and, again, will provide the parties an opportunity to explore the possibility of an early settlement. In addition, this stipulation will not impact any existing scheduling dates.

WHEREFORE, Plaintiff, Robert Dodson, and Defendants, Silver Oak Management Corp., Walter C. Plunkett and Robin D. Plunkett, respectfully submit their stipulation providing Defendants with an extension of time until January 11, 2012, to submit their answer or other responsive pleading to Plaintiff's Complaint.

Date: December 21, 2011

By: /s/ Lynn Hubbard, III (as authorized 12/21/2011)
    Lynn Hubbard, III (SBN 69773)
    Scott Lynn Hubbard, IV (SBN 212970)
    Disabled Advocacy Group, APLC
    12 Williamsburg Lane
    Chico, CA 95926

Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff,
ROBERT DODSON

By: /s/ Jennifer K. Achtert
    Jennifer K. Achtert (SBN 197263)
    FISHER & PHILLIPS LLP
    One Embarcadero Center
    Suite 2340
    San Francisco, California 94111-3712

Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Attorneys for Defendants,
SILVER OAK MANAGEMENT CORP.; WALTER C. PLUNKETT; ROBIN D. PLUNKETT

---

JOINT AND AGREED UPON STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

This matter having come before the Court on the parties' **JOINT AND AGREED UPON STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**, Defendants shall have until January 11, 2012, to submit its answer or other responsive pleading to Plaintiff's Complaint.

IT IS SO ORDERED:

Dated:  12/22/2011                                    /s/ John A. Mendez
                                                      Hon. John A. Mendez
                                                      UNITED STATES DISTRICT JUDGE

---

JOINT AND AGREED UPON STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com

# CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2011, and pursuant to the General Order on Electronic Filing of the Eastern District of California, I electronically filed the foregoing **JOINT AND AGREED UPON STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; PROPOSED ORDER** with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to the following:

| | |
|---|---|
| Lynn Hubbard, III<br>ScottLynn J. Hubbard, IV<br>Disabled Advocacy Group, APLC<br>12 Williamsburg Lane<br>Chico, CA 95926 | <u>Attorneys for Plaintiff</u><br>Robert Dodson |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 22, 2011, at San Francisco, California.

/s/ Carol S. Ferrari
Carol S. Ferrari

---

JOINT AND AGREED UPON STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com