Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff

Jennifer K. Achtert, State Bar No. 197263
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2340
San Francisco, California 94111
Telephone:  (415) 490-9000
Facsimile:   (415) 490-9001

Attorney for Defendants
SILVER OAK MANAGEMENT CORP.
WALTER C. PLUNKETT
ROBIN D. PLUNKETT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON, | CASE NO. 2:11-CV-03107-JAM-JFM |
| Plaintiff, | |
| vs. | **Stipulation to Extend Time to File Dispositional Documents** |
| SILVER OAK MANAGEMENT CORP. dba TACO BELL #18675; WALTER C. PLUNKETT, TRUSTEE of the PLUNKETT REVOCABLE TRUST, DATED MARCH 14, 1992; ROBIN D. PLUNKETT, TRUSTEE of the PLUNKETT REVOCABLE TRUST, DATED MARCH 14, 1992, | Complaint Filed: November 22, 2011 Trial Date: TBD |
| Defendants. | |

*Dodson v. Silver Oak Management Corp., et al.*        Case No. 2:11-CV-03107-JAM-JFM
Stipulation to Extend Time to File Dispositional Documents
Page 1

1

2   WHEREAS on January 11, 2012, this Court issued an Order directing all
3   dispositional documents to be filed no later than March 9, 2012; and,

4   WHEREAS Plaintiff has not yet received the settlement funds agreed upon
5   under the terms of the Settlement Agreement,

6   The parties hereby stipulate to and jointly request that this Court enter an
7   order extending the date to file dispositional documents by three weeks to March
8   30, 2012.

9   Dated: March 8, 2012          DISABLED ADVOCACY GROUP, APLC
10

11
             */s/ Lynn Hubbard III (as authorized 3/8/12)*
12          LYNN HUBBARD III
13          Attorney for Plaintiff

14  Dated: March 8, 2012          FISHER & PHILLIPS LLP
15

16
              */s/   Jennifer K. Achtert           /*
17          Jennifer K. Achtert Attorney for Defendants
            SILVER OAK MANAGEMENT CORP.,
18          WALTER C. PLUNKETT, ROBIN D.
19          PLUNKETT

20

21              **ORDER**

22     Good cause having been shown, dispositional documents in the above-
23  captioned matter shall be filed on or before March 30, 2012.

24  IT IS SO ORDERED.

25

26  Dated:  3/8/2012

27              /s/ John A. Mendez_____
            United States District  Court Judge
28

*Dodson v. Silver  Oak Management Corp., et al.*                Case No. 2:11-CV-03107-JAM-JFM
Stipulation to Extend Time to File Dispositional Documents
Page 2

Chicago 127290.1
SanFrancisco 118950.1

PDF created with pdfFactory trial version www.pdffactory.com