1  Lynn Hubbard, III, SBN 69773
2  Scottlynn J Hubbard, IV, SBN 212970
3  **Disabled Advocacy Group, APLC**
   12 Williamsburg Lane
4  Chico, CA 95926
5  Telephone: (530) 895-3252
6  Facsimile: (530) 894-8244

7  Attorneys for Plaintiff

8
   Jennifer K. Achtert, State Bar No. 197263
9  FISHER & PHILLIPS LLP
   One Embarcadero Center, Suite 2340
10 San Francisco, California 94111
   Telephone:  (415) 490-9000
11 Facsimile:  (415) 490-9001

12
   Attorney for Defendants
13 SILVER OAK MANAGEMENT CORP.
14 WALTER C. PLUNKETT
   ROBIN D. PLUNKETT
15

16                 UNITED STATES DISTRICT COURT
17                 EASTERN DISTRICT OF CALIFORNIA

18 | ROBERT DODSON, | CASE NO. 2:11-CV-03107-JAM-JFM |
|---|---|
19 |         Plaintiff, | |
20 | vs. | **Stipulation to Extend Time to File Dispositional Documents** |
21 | SILVER OAK MANAGEMENT CORP. | |
22 | dba TACO BELL #18675; WALTER | Complaint Filed: November 22, 2011 |
23 | C. PLUNKETT, TRUSTEE of the PLUNKETT REVOCABLE TRUST, | Trial Date: TBD |
24 | DATED MARCH 14, 1992; ROBIN D. PLUNKETT, TRUSTEE of the | |
25 | PLUNKETT REVOCABLE TRUST, DATED | |
26 | MARCH 14, 1992, | |
27 |         Defendants. | |
28

*Dodson v. Silver Oak Management Corp., et al.*          Case No. 2:11-CV-03107-JAM-JFM
         Stipulation to Extend Time to File Dispositional Documents
                           Page 1

Chicago 127290.1
SanFrancisco 118950.1

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS on January 11, 2012, this Court issued an Order directing all dispositional documents to be filed no later than March 9, 2012; and,

WHEREAS Plaintiff has not yet received the settlement funds agreed upon under the terms of the Settlement Agreement,

The parties hereby stipulate to and jointly request that this Court enter an order extending the date to file dispositional documents by three weeks to March 30, 2012.

Dated: March 8, 2012          DISABLED ADVOCACY GROUP, APLC

 */s/ Lynn Hubbard III (as authorized 3/8/12)*
LYNN HUBBARD III
Attorney for Plaintiff

Dated: March 8, 2012          FISHER & PHILLIPS LLP

 */s/   Jennifer K. Achtert          /*
Jennifer K. Achtert Attorney for Defendants
SILVER OAK MANAGEMENT CORP.,
WALTER C. PLUNKETT, ROBIN D. PLUNKETT

## **ORDER**

Good cause having been shown, dispositional documents in the above-captioned matter shall be filed on or before March 30, 2012.

IT IS SO ORDERED.

Dated: 3/8/2012

/s/ John A. Mendez_____
United States District Court Judge

*Dodson v. Silver Oak Management Corp., et al.*          Case No. 2:11-CV-03107-JAM-JFM
Stipulation to Extend Time to File Dispositional Documents
Page 2

Chicago 127290.1
SanFrancisco 118950.1

PDF created with pdfFactory trial version www.pdffactory.com